UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:18-CR-36-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| TOBIAS DEMAR MAYO | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 43 and its accompanying order be sealed until further order of this Court, except that copies may be provided to the United States Attorney and counsel for the defendant.

This the 14th day of May 2019.

LOUISE W. FLANAGAN
United States District Judge